United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Veronica D. Ross<br>207 Gatewood Drive<br>Albany, GA 31705 | Chapter 13<br><br>Case No. 10-11753-JDW |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $1285.45 in unclaimed funds of Alltel, creditor.

Last Known Address (Most recent listed left to right):

Alltel
One Allied Dr.
Little Rock,AR 72202

Dated: 1/21/2014

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee